JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SIMON RASIN,

   Plaintiff,

 vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA AND NEW YORK LIFE INSURANCE COMPANY,

   Defendants.

Case No. 2:22-CV-03379-AB-MRW

[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

  Pursuant to the parties' stipulation, this action hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties to bear their own fees and costs.

  IT IS SO ORDERED.

DATED: February 01, 2023

_____
Honorable Andre Birotte Jr.
United States District Judge